> Application granted. Defendants shall serve and file their notice of motion and opening brief by August 31, 2022; Plaintiff shall file her opposition brief by September 28, 2022; and Defendants shall serve and file their reply brief by October 12, 2022.
>
> Defendants are directed to serve a copy of this Order on Plaintiff and to file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 37.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> August 12, 2022



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

WRITER'S DIRECT DIAL

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:  *Aaron v. Keyser*, 21 Civ. 5258 (PMH)

Dear Judge Halpern:

    This Office represents defendants Keyser, Malark and Preston (collectively, "Represented Defendants") in the above-referenced action. I write to respectfully request an extension of time for Represented Defendants to file a motion to dismiss the amended complaint from August 17, 2022 to August 31, 2022.

    The grounds for the extension request are that I will be out of the office on a scheduled vacation the week of August 15, 2022, and I was not able to work on the motion sooner because of the trial preparations for other cases.

    This is Represented Defendants' first request for an extension of time to file a motion to dismiss the amended complaint. *Pro se* Plaintiff was contacted regarding this request, but, to date, has not responded back.

    I thank the Court for its attention in this matter.

                                   Respectfully submitted,

                                    */s/ Amanda Yoon*
                                   Amanda Yoon
                                   Assistant Attorney General
                                   Amanda.Yoon@ag.ny.gov

cc: **BY U.S. MAIL**
Shavon Aaron
*Pro Se Plaintiff*
1410 E. Intruder Circle
Virginia Beach, VA 23454