UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAVON AARON,

                Plaintiff,

-against-

S. KEYSER., et al.,

                Defendants.

**ORDER**

21-CV-05258 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendants moved to dismiss, pursuant to a briefing schedule set by the Court, on August 31, 2022. (Doc. 41). The *pro se* Plaintiff's deadline to file an opposition, after receiving an extension of time from the Court, was set as November 15, 2022. (Doc. 46). Plaintiff, however, never filed such an opposition. Defendants, however, filed a reply brief on December 13, 2022 and cite therein to "Plaintiff's Opposition." (*See, e.g.* Doc. 49 at 3).

Defendants are, accordingly, directed to upload a copy of Plaintiff's opposition brief and any papers exhibited thereto via ECF by 5:00 p.m. on April 5, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
       April 4, 2023

_____
PHILIP M. HALPERN
United States District Judge